IRVING NEGER v. JOANNE NEGER.

Decided December 6, 1982.

Petition for certification granted.

IRVING NEGER v. JOANNE NEGER.

Decided January 24, 1983.

*Roy E. Kurnos* argued the cause for appellant (*Murphy, Kurnos & Nish,* attorneys).

*Vincent P. Celli* argued the cause for respondent.

The Court having considered the briefs and the argument of counsel on the appeal, the matter having been given preference pursuant to *R.* 1:2–5(1), and it appearing that the principal issue involves the custody of a minor, and good cause having been shown that the Court's decision in the matter should be rendered promptly without awaiting the issuance of the formal opinion of the Court; It is hereby ORDERED that the judgment of the Appellate Division, 187 *N.J.Super.* 133, be reversed and the judgment of the Superior Court, Chancery Division, be reinstated. The opinion of the Court shall be filed in due course.

IRVING NEGER, PLAINTIFF-APPELLANT, v. JOANNE NEGER, DEFENDANT-RESPONDENT.

Argued January 11, 1983—Decided January 24, 1983.